IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00289-JO |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| STACY YVONNE SHAFFER, | |
| Defendant. | |

JONES, Senior District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filing and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective in ten days, followed by a term of three years' supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Ms. Shaffer. The Court adds the following conditions of supervised release: (1) reside at a residential reentry center for up to 120 days, to be released at the direction of her probation officer; and (2) home confinement until December 8, 2021. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released for travel to the residential reentry center in Portland, effective ten days from this Order.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require placement at the residential reentry center in Portland, Oregon, for up to 120 days, followed by home confinement until December 8, 2021. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 7th day of May, 2021.

*[signature]*

Hon. Robert E. Jones
Senior United States District Court Judge